UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MCKINLEY WEBB,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 14-12097

SENIOR UNITED STATES DISTRICT
JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE R. STEVEN
WHALEN

**ORDER ADOPTING REPORT AND RECOMMENDATION [20]; GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [17]; AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [19]**

On May 20, 2015, Magistrate Judge Whalen issued a Report and Recommendation [20] on the parties' motions for summary judgment [17, 19]. Neither party filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [20] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [17] is **GRANTED IN PART**. Plaintiff's claim is **REMANDED** to the Commissioner for further proceedings consistent with this Order.

1

...
...
...

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [19] is **DENIED**.

**SO ORDERED**.

|  |  |
|---|---|
| Dated: June 15, 2015 | s/Arthur J. Tarnow<br>Arthur J. Tarnow<br>Senior United States District Judge |